## AUDREYLYN THOMPSON *v.* TOWN OF GREENWICH ET AL.
### (AC 23139)

Lavery, C. J., and Schaller and Hennessy, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The judgment is affirmed.